UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. EAGLESTON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 12-cv-05633-WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 22 |

In Defendant's Updated Case Management Conference Statement, defendant requests on behalf of the parties a continuance of the Case Management Conference for a date in late January or February, 2014 so that the parties can mediate their dispute. The parties have already received one 120 day extension to hold the mediation, but state that "unavoidable scheduling and staffing conflicts" interfered with the mediation that date and that they have a new date for the mediation scheduled for January 8, 2014, but that plaintiff may have to change that date.

The Court grants the parties' request and reschedules the Case Management Conference for January 29, 2014 at 2 p.m. The Court emphasizes that the parties must complete the mediation prior to the Case Management Conference. They have had ample time to mediate and no further extension will be permitted.

**IT IS SO ORDERED**.

Dated: October 25, 2013



WILLIAM H. ORRICK
United States District Judge