FRANCIS TORRENCE (State Bar No. 154653)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
THE PAUL REVERE LIFE INSURANCE COMPANY
and UNUM GROUP

DAVID W. WESSEL (State Bar No. 115222)
LAW OFFICES OF BORIS E. EFRON
130 Portola Road
Portola Valley, California 94028
Telephone:   (650) 851-8880
Facsimile:    (650) 851-3001

Attorneys for Plaintiff
RICHARD A. EAGLESTON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD A. EAGLESTON, an individual, | Case No. CV 12-05633 WHO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MEDIATION DATE** |
| v. | |
| THE PAUL REVERE LIFE INSURANCE COMPANY, UNUM GROUP, and DOES 1 through 50, | |
| Defendants. | |

    Plaintiff Richard Eagleston ("Eagleston" or "Plaintiff") and Defendant The Paul Revere Life Insurance Company ("Paul Revere" or "Defendant"), by and through their counsel of record, hereby respectfully submit this Stipulation and the accompanying Proposed Order to continue the mediation deadline in this matter.  For reasons set forth below, the parties believe that good cause exists to allow the short additional extension of time.

This litigation arises from a dispute regarding disability insurance benefits.  Plaintiff has brought claims for relief against the Defendant for breach of contract and bad faith.

The parties previously requested the Court to continue the previously set Case Management Conference in order to conduct a mediation.  The Court graciously granted that request, but alerted the parties that there would be no more extensions for the mediation, and instructed that the mediation be conducted by the next CMC, currently set for Januray 29, 2014.

The parties had a mediation scheduled for January 8, 2014, but now respectfully request the Court to permit a very short extension, to February 19, 2014, the earliest date the mediator, Craig Needham, is available.  The parties believe that good cause exists to do so.  The parties respectfully make this request being aware of the Court's prior instructions and comments about further extensions.

The parties agree that the success of this mediation is best served by having plaintiff's counsel present at the mediation, if possible, rather than having a different attorney appear for Plaintiff at the mediation.  Plaintiff's counsel is more familiar with both the facts of the case and the client.  Defense counsel prefers that plaintiff's counsel be the participant at the mediation, for the same reasons.

However, plaintiff's counsel and his wife have what is literally a once in a lifetime opportunity to visit their adult son in Africa during the month of January, a trip which will require Plaintiff's counsel to miss the scheduled mediation for January 8.  Plaintiff's counsel leaves at the start of January and will be traveling to Africa to spend the month with his son who is a student at the University of Ghana, Legon, in Accra, Ghana.

In light of the once in a lifetime nature of the cause for this request, the parties believe there is good cause to seek relief from the Court, and obtain a short extension.  As indicated above, the earliest alternative date available is the proposed February 19, 2014 date, which has already been reserved. Counsel hope that such a brief extension would cause no inconvenience to the Court.

///

///

///

///

The parties hereby respectfully request that the Court modify its prior order and permit the parties to conduct the mediation on February 19, 2014, after plaintiff's counsel has returned from Africa.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated:  January 2, 2014          By  */s/ Francis Torrence*
                                     FRANCIS TORRENCE
                                     Attorneys for Defendants
                                     THE PAUL REVERE INSURANCE COMPANY and UNUM GROUP

LAW OFFICES OF BORIS E. EFRON

Dated:  January 2, 2014          By  */s/ David W. Wessel*
                                     DAVID W. WESSEL
                                     Attorneys for Plaintiff
                                     RICHARD A. EAGLESTON

**PURSUANT TO STIPULATION, IT IS SO ORDERED as modified below:**

**The Case Management Conference set for January 28, 2014 is continued until March 4, 2014. The parties shall file a Joint Case Management Statement on or before February 26, 2014 which either notifies the Court of a settlement or proposes a trial and case schedule with a trial date in 2014, as one will be set at that time.**

DATED: January 2, 2014          _____
                                 WILLIAM H. ORRICK
                                 UNITED STATED DISTRICT JUDGE